IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TIMOTHY JANELLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| ANDREW CLAIREL & | ) | |
| CITY OF CHRISTOPHER, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Comes now the plaintiff, by and through his attorney, Jarrod Beasley, of Kuehn,

Beasley & Young, P.C., and for his Complaint against defendants, Andrew Clairel and

City of Christopher, states as follows:

### Count I – Andrew Clairel - 42 U.S.C. § 1983

1. Plaintiff is and was at all relevant times a resident of Franklin County, Illinois.

2. At all relevant times, Defendant Clairel, was a police officer employed by Christopher Police Department.

3. This suit is brought against Clairel in both his individual and official capacities.

4. On or about October 5, 2025, Plaintiff was driving his vehicle in Christopher, Illinois.

5. On that date, Plaintiff parked his vehicle at his residence.

6. Plaintiff, having not committed a crime, was understandably confused when Clairel arrived shouting at Plaintiff.

7. Plaintiff asked Clairel several times what was going on.

8. Officer Clairel told him to get back in his car.

9. Plaintiff did not recognize the uniform and again asked who he was and what was going on.

10. Not even waiting for compliance, Defendant Clairel deployed his taser.

11. Plaintiff did not resist in any way.

12. It is important to recall, plaintiff was not given a reason for Clairel's presence at his residence.

13. So, following the illegal stop and deploying his taser unlawfully, and, in an exercise of breathtaking excess, Defendant Clairel handcuffed plaintiff and placed him in the back of a police car.

14. Defendant acted intentionally or with reckless disregard for the rights, health, and well-being of the Plaintiff in pulling him over illegally, tasing Plaintiff and arresting Plaintiff for no reason.

15. No charges were ultimately filed against Plaintiff, presumably because he did not commit a crime.

16. That at the above-mentioned time and place, Defendant acted willfully and wantonly in one or more of the following ways:

    a. Recklessly and without justification, pulled over Plaintiff's vehicle despite not violating the law;

    b. Recklessly and without justification tased Plaintiff;

    c. Recklessly and without justification arrested Plaintiff; and

    d. Used grossly excessive force under the circumstances in accomplishing his unlawful and unjustified arrest.

17. That as a direct and proximate result of one or more of these acts, Plaintiff was injured.

18. That Plaintiff has suffered, and will suffer in the future, severe injury and pain, reputational damages, lost enjoyment of life, pain, and suffering as a result of Defendant's actions.

WHEREFORE, Plaintiff prays for judgment against the Defendant Officer Andrew Clairel, in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00), plus costs and for other relief this Court deems just and proper.

### COUNT II – Indemnification – City of Christopher

19. Plaintiff hereby incorporates the allegations contained in paragraphs 1-17 as if fully set forth herein.

20.    Pursuant to 745 ILCS 10/9-102 and 65 ILCS 5/1-4-6, the local governmental entity is required to pay any tort judgment or settlement for compensatory damages of its employee while acting within the scope of his employment.

21.    Defendant Officer Clairel was acting in the course and scope of his employment at all times referenced in the complaint.

WHEREFORE, the Plaintiff, demands judgment against the Defendant, Christopher, for the amount of any judgment entered against Defendant Officer Clairel and for such further relief as this Court deems just and proper.

Respectfully Submitted,

/s/Jarrod P. Beasley
Jarrod P. Beasley #6274536
Attorney for Plaintiff
Kuehn, Beasley & Young, P.C.
23 S. First Street
Belleville, IL 62220
Phone: 618.277.7260
Fax: 618.277.7718
jarrodbeasley@kuehnlawfirm.com